IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| MARIE LYNETTE AUSTIN | § | PLAINTIFF |
|---|---|---|
| | § | |
| v. | § | CAUSE NO. 1:08CV260 LG-JMR |
| | § | |
| JOHN E. POTTER, Postmaster General, | § | |
| United States Postal Service | § | DEFENDANT |

## JUDGMENT

This matter having come on to be heard on the Motion [3] to Dismiss, or in the Alternative, for Summary Judgment filed by the Defendant, the United States Postal Service, the Court, after a full review and consideration of the Motion, Response, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendant, the United States Postal Service, pursuant to Fed. R. Civ. P. 56. Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 3rd day of February, 2009.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE